音楽  音樂 They just called me.
judges: Silverman, Nguyen, Garbis